IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>    Plaintiff(s),<br><br>vs.<br><br>REALVOICE LLC; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; AND DOE ASSOCIATIONS 1-10,<br><br>    Defendant(s). | CV 17-00293 DKW-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
AMENDED FINDINGS AND RECOMMENDATION

Amended Findings and Recommendation having been filed on October 20, 2017 and served on all parties on October 23, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Amended Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's

Motion for Default Judgment Against Defendant RealVoice LLC " are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: November 8, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

*Vincent Tylor v. Realvoice, LLC, et al.*; Civil No. 17-00293 DKW-RLP;
**ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION**